IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE LEE,

      Petitioner,                    No. CIV S-06-2872 DFL EFB P

    vs.

M.C. KRAMER, Warden, et al.,

      Respondents.               ORDER

_____/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

      Petitioner challenges the ruling of a prison disciplinary hearing at North Kern State Prison in Kern County. Therefore, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number;

/////

/////

/////

1    3. The new case number is _____. All future filings
2  shall bear the new case number and shall be filed at:
3             United States District Court
              Eastern District of California
4             2500 Tulare Street
              Fresno, CA 93721
5
6  Dated: March 19, 2007.
7                              _____
                               EDMUND F. BRENNAN
8                              UNITED STATES MAGISTRATE JUDGE